| AUSA: | John Turrettini | Telephone: | (313) 226-9100 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Inspector: | Nicholas Olesen | Telephone: (313) 226-8206 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Demitria Carter

Case No.

Case: 2:26−mj−30288
Assigned To : Unassigned
Assign. Date : 5/15/2026
Description: CMP USA V. SEALED
(DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 5, 2025 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | Assault on a federal empoyee |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nicholas Olesen, U.S Posal Inspector
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

May 15, 2026

Date: _____

_____
*Judge's signature*

City and state:   Detroit, MI _____

Hon. Kimberly G. Altman, U.S. Magistrate Judge
_____
*Printed name and title*

## **AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Nicholas Olesen, being duly sworn, depose and state the following:

1.      I am a United States Postal Inspector and have been employed as such for approximately twenty-four years.  As a United States Postal Inspector, I have received training concerning investigations involving violations of federal law, including cases related to mail fraud, mail theft, the mailing of illicit narcotics, and assaults and robberies of postal employees.

2.      This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Demitria CARTER for violating 18 U.S.C. § 111, assault on a federal employee.

3.      The statements contained in this affidavit are based upon my own personal knowledge, as well as information obtained from witnesses, documents, photographs, other law enforcement personnel, and other evidence.  I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe establish a violation of federal law.

4.      On September 5, 2025, a supervisor of the Mount Elliott Post Office in Detroit, Michigan, reported that a postal customer, later identified as Demitria CARTER, had assaulted United States Postal Service Letter Carrier J.J.

5.      On September 5, 2025, J.J. approached CARTER's home on Charest Street in Detroit. J.J. noticed that CARTER's large dog was tied up to her front

- 2 -

porch. J.J. was familiar with CARTER and her dog and knew that the dog had previously broken loose from its tie. J.J. had previously expressed her concerns about the dog to CARTER.

6.      CARTER left her house and approached J.J. at the end of her driveway. J.J. gave CARTER her mail and again told CARTER about her safety concerns regarding her dog. CARTER became hostile, berated J.J. and threatened to "beat [J.J.'s] ass" multiple times.

7.      J.J. left CARTER's driveway and moved towards the neighbor's house. CARTER followed J.J. and continued to threaten her. J.J. told CARTER to leave her alone and get away from her.

8.      CARTER continued to wait for J.J. near the neighbor's home and, when J.J. attempted to leave, CARTER blocked her path. CARTER then pushed J.J. multiple times, knocking her into the neighbor's bushes.

9.      CARTER then said, "Watch this," returned to her home, and removed the leash from her dog's neck. CARTER pointed at J.J. and told the dog to "get her ass." Both CARTER and her dog began running toward J.J., who sprayed pepper spray towards the dog. The dog ran back to CARTER's house and CARTER followed it.

- 3 -

10.     CARTER continued to threaten J.J. as she went back to her mail truck. J.J. then called her supervisor to report the assault. J.J. also called the Detroit Police Department (DPD) who dispatched officers to the scene.

11.     DPD officers interviewed CARTER at her home. CARTER admitted to telling J.J. "I'ma punch you if you come off this porch." CARTER also admitted to taking her dog off its leash to frighten J.J. DPD Officers then arrested CARTER for assault.

12.     Based upon the above facts, there is probable cause to believe that Demitria CARTER violated 18 U.S.C. § 111 by forcibly assaulting a United States Postal Service Letter Carrier while engaged in the performance of her official duties.

Respectfully Submitted,

Nicholas. B. Olesen
U.S. Postal Inspector

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Kimberly G. Altman
United States Magistrate Judge

Dated:     May 15, 2026